**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO ALVARADO MEDINA, | Case No. 26-cv-00687-BAS-JLB |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

Petitioner Antonio Alvarado Medina filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  Petitioner, a native of Mexico, entered the United States in 2001.  (*Id.* ¶ 2.)  Petitioner has lived peacefully in the United States since then.  (*Id.*)  He has no criminal record.  (*Id.*)  He has three U.S. Citizen children.  (*Id.*)

On December 4, 2025, Respondents detained Petitioner in the interior of the United States.  (*Id.* ¶ 4.)  Because of the Board of Immigration Appeals ("BIA") decision in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), Respondents have determined that Petitioner's detention is now mandatory.  (*Id.* ¶ 5.)  Petitioner filed this Petition seeking immediate release or a constitutionally adequate bond hearing.  (*Id.*)

- 1 -

26cv0687

The Government filed a Return acknowledging "that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  (ECF No. 4.)

This Court has previously held in multiple cases that it agrees with the Central District in *Maldonado Bautista v. Santacruz*, __ F. Supp. 3d __, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), that an individual in Petitioner's situation is not subject to mandatory detention under Section 1225.  *See, e.g.*, *Gregorio v. LaRose*, No. 25-cv-03322-BAS-BJW, 2025 WL 3653998 (S.D. Cal. Dec. 17, 2025); *Zayas v. Gordon*, No. 26-cv-00237-BAS-DEB, 2026 WL 266275 (S.D. Cal. Feb. 2, 2026); *Trujillo v. Noem*, No. 26-cv-00268-BAS-VET, 2026 WL 266496 (S.D. Cal. Feb. 2, 2026).  Hence, for all of the reasons stated in these previous opinions, the Court **GRANTS** the Petition.

Accordingly, the Court issues the following writ:

The Court **ORDERS** that Petitioner Antonio Alvarado Medina (A# 226-168-510) be given a bond hearing before an Immigration Judge within 14 days of the date of this Order.  His bond hearing shall be governed by 8 U.S.C. § 1226(a), not § 1225(b)(2). If no bond hearing is held within that time frame, the Court **ORDERS** that Petitioner be immediately released under reasonable conditions of supervision.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: February 17, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv0687